IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brett Pezzuto and Christian Pezzuto,<br><br>       Plaintiffs,<br><br>  v.<br><br>Global Arena Holding, Inc. and Global Election Services, Inc.,<br><br>       Defendants. | Civil Action No. 1:23-cv-03591-NRB<br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING PLAINTIFFS' CLAIMS AGAINST DEFENDANT GLOBAL ELECTION SERVICES, INC.** |

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that Plaintiffs shall submit to arbitration all of their claims against Defendant Global Election Services, Inc. ("GES") based on the Global Election Notes, pursuant to the arbitration provisions in Exhibits A and C to the Complaint, including Plaintiffs' claims against GES based on the Global Election Notes that do not contain an arbitration provision (Complaint, Exhibit B).

IT IS HEREBY FURTHER ORDERED that Plaintiffs' claims against GES are stayed pending the outcome of the arbitration proceedings.

Nothing in this Order shall affect Plaintiffs claims against Defendant Global Arena Holding, Inc.

Dated: July 19, 2023

                         Naomi Reice Buchwald, U.S.D.J.