# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brett Pezzuto and Christian Pezzuto,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Global Arena Holding, Inc. and Global Election Services, Inc.,<br><br>                    Defendants. | Civil Action No. 1:23-cv-03591-NRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL |

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that that any and all claims by and between Plaintiffs and Defendants are dismissed with prejudice, and without costs, disbursements or attorneys' fees awarded to any party.

Dated: May 17, 2024

_____
Naomi Reice Buchwald, U.S.D.J.